# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Jf Mccray Plastering, Inc. | §    Case No. 15-23164-C-7 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

SUSAN K. SMITH, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,182,242.00           Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $168,790.67           Claims Discharged
                                                        Without Payment: N/A

Total Expenses of Administration: $158,920.30

---

3) Total gross receipts of $ 392,216.57 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 64,505.60 (see **Exhibit 2**), yielded net receipts of $327,710.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $808,388.43 | $1,216,350.84 | $94,769.39 | $94,769.39 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 158,920.30 | 158,920.30 | 158,920.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 15,394.65 | 1,081,632.87 | 1,081,632.87 | 74,021.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,452,947.17 | 5,949,324.04 | 5,922,324.04 | 0.00 |
| **TOTAL DISBURSEMENTS** | $8,276,730.25 | $8,406,228.05 | $7,257,646.60 | $327,710.97 |

4) This case was originally filed under Chapter 7 on April 17, 2015. The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __12/11/2019_____ By: _/s/SUSAN K. SMITH_____
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| UNDEPOSITED CHECK FROM FIRST NORTHEN BANK | 1129-000 | 1,438.88 |
| ACCOUNTS RECEIVEABLE OWED FROM VARIOUS PARTIES. | 1121-000 | 24,976.21 |
| Misc. Receipts | 1229-000 | 1,097.06 |
| Adverary - 16-02035 vs. Shawn McCray | 1241-000 | 364,704.42 |
| **TOTAL GROSS RECEIPTS** | | **$392,216.57** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Shawn McCray | Dividend paid 100.00% on $64,505.60; Claim# SHAWN; Filed: $64,505.60; Reference : : Jf Mccray Plastering, Inc. | 8500-002 | 64,505.60 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$64,505.60** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Can Capital Asset Servicing, Inc. | 4210-000 | N/A | 16,426.92 | 0.00 | 0.00 |
| 14 -2 | Starr's Building Supply, Inc. | 4220-000 | 731,387.43 | 834,968.45 | 0.00 | 0.00 |
| 1-3S | Internal Revenue Service | 4300-000 | 1.00 | 20,000.00 | 20,000.00 | 20,000.00 |
| 10-S | Carpenters Trust Funds | 4220-000 | N/A | 297,186.08 | 27,000.00 | 27,000.00 |
| PLACER | Placer Title | 4700-000 | N/A | 12,368.21 | 12,368.21 | 12,368.21 |
| PLACER | Zions Bank-Clean Energy | 4110-000 | N/A | 35,401.18 | 35,401.18 | 35,401.18 |
| NOTFILED | Ramos Oil | 4110-000 | 12,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NOTFILED Yellowstone Capital | 4110-000 | 65,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $808,388.43 | $1,216,350.84 | $94,769.39 | $94,769.39 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| Other - Desmond, Nolan, Livaich & Cunningham | 3210-000 | N/A | 88,638.50 | 88,638.50 | 88,638.50 |
| Other - Desmond, Nolan, Livaich & Cunningham | 3220-000 | N/A | 3,468.40 | 3,468.40 | 3,468.40 |
| Other - Gonzales & Sisto, LLP | 3410-000 | N/A | 8,962.00 | 8,962.00 | 8,962.00 |
| Other - Gonzales & Sisto, LLP | 3420-000 | N/A | 34.25 | 34.25 | 34.25 |
| Other - Franchise Tax Board/Special Procedures | 2820-000 | N/A | 4,325.07 | 4,325.07 | 4,325.07 |
| Trustee Compensation - SUSAN K. SMITH | 2100-000 | N/A | 22,854.20 | 22,854.20 | 22,854.20 |
| Trustee Expenses - SUSAN K. SMITH | 2200-000 | N/A | 971.61 | 971.61 | 971.61 |
| Other - International Sureties | 2300-000 | N/A | 188.96 | 188.96 | 188.96 |
| Other - Placer Title | 3510-000 | N/A | 19,920.00 | 19,920.00 | 19,920.00 |
| Other - Placer Title | 2500-000 | N/A | 1,750.50 | 1,750.50 | 1,750.50 |
| Other - Placer Title | 2500-000 | N/A | 464.20 | 464.20 | 464.20 |
| Other - Placer Tile | 2500-000 | N/A | 99.00 | 99.00 | 99.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.67 | 36.67 | 36.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.67 | 41.67 | 41.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.44 | 36.44 | 36.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.38 | 36.38 | 36.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.35 | 41.35 | 41.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.28 | 36.28 | 36.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.22 | 36.22 | 36.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.17 | 41.17 | 41.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.12 | 36.12 | 36.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.04 | 41.04 | 41.04 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 38.59 | 38.59 | 38.59 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 37.18 | 37.18 | 37.18 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 37.82 | 37.82 | 37.82 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 34.64 | 34.64 | 34.64 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 36.98 | 36.98 | 36.98 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 32.30 | 32.30 | 32.30 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 35.72 | 35.72 | 35.72 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 32.21 | 32.21 | 32.21 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 37.92 | 37.92 | 37.92 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 34.41 | 34.41 | 34.41 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 33.22 | 33.22 | 33.22 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 95.39 | 95.39 | 95.39 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 90.78 | 90.78 | 90.78 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 99.01 | 99.01 | 99.01 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 444.43 | 444.43 | 444.43 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 440.73 | 440.73 | 440.73 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 500.75 | 500.75 | 500.75 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 424.14 | 424.14 | 424.14 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 453.82 | 453.82 | 453.82 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 438.06 | 438.06 | 438.06 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 497.84 | 497.84 | 497.84 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 436.76 | 436.76 | 436.76 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 481.28 | 481.28 | 481.28 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 465.52 | 465.52 | 465.52 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 239.91 | 239.91 | 239.91 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 281.92 | 281.92 | 281.92 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 238.94 | 238.94 | 238.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $158,920.30 | $158,920.30 | $158,920.30 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | Pension Benefit Guaranty Corp | 5400-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | Pension Benefit Guaranty Corp | 5400-000 | N/A | N/A | 0.00 | 0.00 |
| 19 | Pension Benefit Guaranty Corp | 5400-000 | N/A | N/A | 0.00 | 0.00 |
| 1-3P | Internal Revenue Service | 5800-000 | N/A | 905,811.06 | 905,811.06 | 61,988.96 |
| 4-2P | Employment Development Department | 5800-000 | N/A | 164,505.37 | 164,505.37 | 11,257.88 |
| 11-2P | FRANCHISE TAX BOARD | 5800-000 | 1.00 | 836.22 | 836.22 | 57.23 |
| 22-2P | Yolo County Depart of Financial Services | 5800-000 | 15,393.65 | 10,480.22 | 10,480.22 | 717.21 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $15,394.65 | $1,081,632.87 | $1,081,632.87 | $74,021.28 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AmTrust North America, Inc. | 7100-000 | unknown | 7,500.00 | 7,500.00 | 0.00 |
| 3 | Pitney Bowes Inc | 7100-000 | 975.00 | 977.02 | 977.02 | 0.00 |
| 5 -2 | Direct Collections | 7100-000 | N/A | 83,643.00 | 83,643.00 | 0.00 |
| 6 -2 | Pension Services, Inc. | 7100-000 | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| 7 | IPFS Corporation | 7100-000 | 31,000.00 | 12,155.71 | 12,155.71 | 0.00 |
| 9 | Jacobs Law Corporation | 7100-000 | 9,700.00 | 15,981.21 | 15,981.21 | 0.00 |
| 12 -3 | State Compensation Insurance Fund | 7100-000 | 31,000.00 | 29,665.30 | 29,665.30 | 0.00 |
| 13 | California Wholesale Material Supply | 7100-000 | 2,500.00 | 1,790.96 | 1,790.96 | 0.00 |
| 15 | Lathrop Construction Assoc | 7100-000 | unknown | 1,105,179.44 | 1,105,179.44 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | Pension Benefit Guaranty Corp | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 20 | Geoffrey Richards | 7100-000 | N/A | 4,000,000.00 | 4,000,000.00 | 0.00 |
| 21 | Balboa Capital | 7100-000 | 4,919.39 | 2,457.56 | 2,457.56 | 0.00 |
| 1-3U | Internal Revenue Service | 7300-000 | N/A | 267,442.71 | 267,442.71 | 0.00 |
| 10-U | Carpenters Trust Funds | 7100-000 | N/A | 297,186.08 | 270,186.08 | 0.00 |
| 4-2U | Employment Development Department | 7300-000 | N/A | 117,177.73 | 117,177.73 | 0.00 |
| 11-2U | FRANCHISE TAX BOARD | 7300-000 | N/A | 203.55 | 203.55 | 0.00 |
| 22-2U | Yolo County Depart of Financial Services | 7100-000 | N/A | 3,345.01 | 3,345.01 | 0.00 |
| 22-2US | Yolo County Depart of Financial Services | 7300-000 | N/A | 3,518.76 | 3,518.76 | 0.00 |
| NOTFILED | Alan L Brodkin and Associates | 7100-000 | unknown | N/A | N/A | N/A |
| NOTFILED | Alcal-Arcade | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Allied Fund Administrators | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Fund Administrators | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 24,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 22,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 13,186.10 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 27,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 62,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of the West | 7100-000 | 6,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of the West | 7100-000 | 18,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Bay Area Painter & Tapers Pension | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Bay Area Painters and Tapers Pension c/o Muriel Kaplan, | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Buehler & Buehler Structural Engineer | 7100-000 | 6,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Capitol Lathing and Drywall Contractor | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Capitol Repo Graphics | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Caralee & Robert Crupper | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Celtic Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chuck's Portables | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Business Business Advantage Processing Center | 7100-000 | 22,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa Citicorp Credit Services/Attn:Centralize | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa Citicorp Credit Services/Attn:Centralize | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa Citicorp Credit Services/Attn:Centralize | 7100-000 | 10,335.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | City of Stockton | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | City of West Sacramento | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City of West Sacramento Fire Dept. | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Client Services | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Client Services | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Contractors Access Program of CA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Contractors State License Board | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Contractors State License Board Judgment Unit | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | County of Sacramento | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | County of Sacramento Internal Services Agency | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CSK Auto Inc. Unit N | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dave Kamminga | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Delcon Materials, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Delta Construction Project Manager | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Department of Industrial Relations Fund | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Department of Labor | 7100-000 | 19,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Department of Motor Vehicles | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Department of Toxic Substance Control | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Diane McCray | 7100-000 | 4,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct TV | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Drywall Industry Fund | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Einerson Surety Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Everest Loan Co. | 7100-000 | 70,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | F. Rogers Corp | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fast Business Funding c/o The Guerrini Law Firm | 7100-000 | 60,665.15 | N/A | N/A | 0.00 |
| NOTFILED | Fastenal Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fastrak Violation Processing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Northern Bank | 7100-000 | 450,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Flint Co. Inc. James Lucier | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GC Services | 7100-000 | 10,300.83 | N/A | N/A | 0.00 |
| NOTFILED | GWP Holdings LLC | 7100-000 | 200.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Hansen Machine Works | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Hilti Inc. | 7100-000 | 2,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale Law Firm PC | 7100-000 | 45,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Holt of California Inc. PO Box X | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Horizon Business Funding, LLC c/o Jeffrey Zachter | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Huether Insurance Agency | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hughey Moenig LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Industry Promotion Fund | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Insurance Company of the West c/o Law Offices of | 7100-000 | 83,643.00 | N/A | N/A | 0.00 |
| NOTFILED | Interwest Insurance | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | James L Harris Painting and Decorating | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jeffrey Zachter | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Joel McCray Jr. | 7100-000 | 225,000.00 | N/A | N/A | 0.00 |
| NOTFILED | John Shephard | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Joseph, Mann & Creed | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NOTFILED | Kaiser Permanente | 7100-000 | 12,732.38 | N/A | N/A | 0.00 |
| NOTFILED | Kaiser Permanente | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kemper Preferred Insurance | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | Kerry Quackenbush | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Law Office Gary A Bemis | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Alan Brodkin & Associates | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Frieze and Paul | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lowes Hardware | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | LTD Financial Services | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark Dolner | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Matheson Tri Gas Inc. | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | MBNA | 7100-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael & Associates PC | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Montague & Vigilone | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | New Logic Funding | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | New Logic Funding | 7100-000 | 70,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Neyhart, Anderson, Flynn & Grosboll | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | NIF Insurance Service of CA | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | North CA Collection | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern Ca Labor | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern California Carpenters Regional | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Northern California Collection | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern California Joint Adjustment Bd. | 7100-000 | 1,200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | O'Reilly Automotive Store | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Oneto Metal Products Corp. | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Coast Supply LLC | 7100-000 | 7,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacific, Gas, and Electric | 7100-000 | 6,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Performant Recovery | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Plasters Local Union #300 | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Access Insurance Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pro Consulting Services, Inc. | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Radial Tire | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ramos Environmental Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Richard Gunsaullus | 7100-000 | 161,000.00 | N/A | N/A | 0.00 |
| NOTFILED | River City Building Supply | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | RMC Pacific Material | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Robert M Johnson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ronald Rozalski | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RPM LLC | 7100-000 | 3,030.32 | N/A | N/A | 0.00 |
| NOTFILED | Ryan M Rozalski | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sacramento Builders Exchange | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Sacramento Building Products | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sacramento Burear for L&P | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Sacramento Stucco | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Safeco Insurance Co. of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Safeguard Business Systems | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Scottsdale Insurance Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Secretary of State | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Shannon Martin | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Shawn McCray | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Signature Reprographics | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | State Board of Equalization | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Propane | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunstate Equipment Co. | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Board of Trustees Weinberg, Roger & Rosenfeld | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Guerrini Law Firm | 7100-000 | 61,000.00 | N/A | N/A | 0.00 |
| NOTFILED | TransUnion | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Travelers Insurance | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 3,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Wagner Kirkman Blaine Klomparens LLP | 7100-000 | 170,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wall and Ceiling Alliance | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management Co of Richmond | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Weinberg, Roger, & Rosenfeld | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | West Contra Costa Unified School Dist. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Western Wall and Ceiling | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Yolo County Environmental Health | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Yolo County Tax Collector | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Zurich North America | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,452,947.17 | $5,949,324.04 | $5,922,324.04 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 15-23164-C-7 | **Trustee:** (007850) SUSAN K. SMITH |
| **Case Name:** Jf Mccray Plastering, Inc. | **Filed (f) or Converted (c):** 04/17/15 (f) |
| | **§341(a) Meeting Date:** 05/27/15 |
| **Period Ending:** 12/11/19 | **Claims Bar Date:** 10/13/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | UNDEPOSITED CHECK FROM FIRST NORTHEN BANK<br>  Orig. Asset Memo: Orig. Description: Undeposited check from First Northen Bank; Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 1,438.88 | FA |
| 2 | ACCOUNTS RECEIVEABLE OWED FROM VARIOUS PARTIES.<br>  Orig. Asset Memo: Orig. Description: Accounts receiveable owed from various parties. Debtor believes that most of the debt is uncollectable.; Imported from original petition Doc# 1<br><br>While there were receivables that were due, the amounts were not avaialbe to the estate due to unpaid labor union liens for unpaid contributions. | 1,007,515.12 | 1,007,515.12 | | 24,976.21 | FA |
| 3 | JUDGMENT AGAINST THOMAS ROLFE FOR $18,000 DEBTOR<br>  Judgment against Thomas Rolfe for $18,000. Debtor does not believe the debt is collectable. Rolfe filed bankruptcy. Tee filed POC in the Rolfe case.<br>Rolfe trustee has filed a TFR and there will be no distribution to this estate. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | RONALD MENDONEA OWES MONEY FROM PURCHASE OF EQUI<br>  Orig. Asset Memo: Orig. Description: Ronald Mendonea owes money from purchase of equipment from debtor; Imported from original petition Doc# 1<br><br>Uncollectible. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | CAROL MCMILLAN OWES $150,000 FROM A LOAN THE DEB<br>  Orig. Asset Memo: Orig. Description: Carol McMillan owes $150,000 from a loan the debtor leant in 2008. Debtor does not believe the debt is collectable; Imported from original petition Doc# 1 | 0.00 | 150,000.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-23164-C-7
**Case Name:** Jf Mccray Plastering, Inc.

**Trustee:** (007850) SUSAN K. SMITH
**Filed (f) or Converted (c):** 04/17/15 (f)
**§341(a) Meeting Date:** 05/27/15
**Claims Bar Date:** 10/13/15

**Period Ending:** 12/11/19

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| This is actually property of the Diane McCray bankruptcy case and not my corporate debtor. | | | | | |
| 6 DESKS, CHAIRS, COPY MACHINE, COMMERCIAL COPY MAC  Orig. Asset Memo: Orig. Description: Desks, chairs, copy machine, commercial copy machine, miscellaneous supplies; Imported from original petition Doc# 1 | 150.00 | 150.00 | | 0.00 | FA |
| 7 MISCELLANEOUS BUILDING MATERIAL INCLUDES BUT NOT  Orig. Asset Memo: Orig. Description: Miscellaneous building material Includes but not limited to: Scaffolds, estimating tables, tools, nails, cement, etc.; Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8 POTENTIAL LAWSUIT CLAIM SJDCCD CUNNINGHAM MATH A  Orig. Asset Memo: Orig. Description: Potential Lawsuit claim SJDCCD Cunningham Math and Science Replacement Project; Imported from original petition Doc# 1  The balance of the funds are $36,525.00 and are the subject of my adversary against Shawn McCray. Debtor executed an Assignment of Claims Agreement assigning both the Debtor's interest in it's claim again SJDCCD and it's compensation due from Taisei. Taisei paid Shawn $266,977 and was holding the remain balance due the Debtor, $36,525. Pursuant to a stipulation, $36,525 is currently held in Shawn's attorney's trust account. | 1,000,000.00 | 1,000,000.00 | | 0.00 | FA |
| 9 BUSINESS EQUIPMENT, VEHICLES, TOOLS, TRACTORS, A  Orig. Asset Memo: Orig. Description: Business equipment, vehicles, tools, tractors, and various other business assets. All of the items attached were assets of the debtor until they were gradually stolen from their property located at 2590 South River Road West | 1,179,092.00 | 1,179,092.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 15-23164-C-7 | | Trustee: | (007850) | SUSAN K. SMITH |
| Case Name: | Jf Mccray Plastering, Inc. | | Filed (f) or Converted (c): | 04/17/15 (f) | |
| | | | §341(a) Meeting Date: | 05/27/15 | |
| Period Ending: 12/11/19 | | | Claims Bar Date: | 10/13/15 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| Sacramento, CA 95691. The theft started in September 2015 and has continued through March 2015. (See attachment to schedue B); Imported from original petition Doc# 1.<br><br>Trustee inspected the equipment immediatlely upon the filing of the bankruptcy case.  The sale would not be cost effective.  The location of the property is rather remote, the owner would not allow an auction to be held on the property and it is not cost effective to move and store the equipment.  Additionally, many of the items are encumbered by several liens. | | | | | |
| 10    Misc. Receipts  (u) | 0.00 | 0.00 | | 1,097.06 | FA |
| 11    Adverary - 16-02035 vs. Shawn McCray  (u)<br>    Debtor executed an Assignment of Claims Agreement assigning both the Debtor's interest in it's claim against SJDCCD and it's compensation due from Taisei.  Taisei paid Shawn $266,977 and was holding the remain balance due the Debtor, $36,525. Pursuant to a stipulation,  $36,525 is to be held in Shawn's attorney's trust account. but Taisei demands a fully release from the estate, accordingly Taisei is still holding the funds and I am pursuing other options. Discovery closes 01/13/17. Dispositive motions filed by 01/20/17. Pretrial conference is 02/05/17.<br>All funds have been turned over to the Trustee. Pursuant to a settlement, the Trustee has recovered the Shawn's Blue Springs Way house and has liquidated the property.  Currently, I am defending the proceeds from claims of the Carpenters Trust and the IRS. | 0.00 | 303,502.00 | | 364,704.42 | FA |
| 12    VOIDED -Deposits for Purchase  (u) | 0.00 | 0.00 | | 0.00 | FA |
| **12    Assets    Totals** (Excluding unknown values) | **$3,191,257.12** | **$3,644,759.12** | | **$392,216.57** | **$0.00** |

**Major Activities Affecting Case Closing:**

06/26/19 Need to wait unitl 06/30/19 to file final tax returns and then fee apps.  TFR should be filed by 08/30/19.

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-23164-C-7 | **Trustee:** (007850) SUSAN K. SMITH |
| **Case Name:** Jf Mccray Plastering, Inc. | **Filed (f) or Converted (c):** 04/17/15 (f) |
| | **§341(a) Meeting Date:** 05/27/15 |
| **Period Ending:** 12/11/19 | **Claims Bar Date:** 10/13/15 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|

03/18/19 I need to wait for 06/30/19 to file the tax returns because that is the debtor's year end. Once the returns are filed, final fee apps will be prepared and the TFR will be filed by 08/30/19.

12/26/18 12/26/18 The final estate tax returns will be prepared as soon as the IRS forms are available. Afterward, the final attorney, CPA and Tee fee apps will be filed. I expect the TFR will be filed by 02/28/19.

09/08/18 The adversary with the Carpenter's Trust have been resolved pursuant to court order. The adversary with the IRS has reached an agreement and court approval will be sought shortly. Then 3 POCs will be resolved by ojection of settlemtn. The Caprenters Trust and the IRS had to be resolved first. I am still working with Yolo County to correct its POC. After all the claims issues have been resolved, the final estate tax return will be filed and the final fee apps for the attorney, cpa and trustee will be filed. I don't expect the TFR to be filed before 03/30/19.

06/21/18 Adv 17-02239 is being resolved by settlement and the motion should be filed shortly. Adv 17-022238 should be resolved soon and then a motion will be filed. I have resolved issues with several POC's by amendment,;3 secured POC's will be resolved by amendment or objections, which should happen by 07/30/18. After all resolutions, final tax returns will be filed and final fee apps will be filed. I expect the TFR to be filed before 12/30/18.

03/16/18 Adversary 17-02239 -discovery is open and closes June 29, 2018, and 17-02238 discovery is open and closes July 31, 2018. ,and status conferences are set for September 19, 2018. I don't exepnct the TFR to be flied befor December 31, 2018.

12/31/17 Sale of Blue Spring Way closed but court order me to file adversaries against the Carpenters and IRS, which have been filed. The TFR may still be filed by 06/30/18 but I am not as certain.

09/18/17 Sale motion for Blue Spring Way will be heard on 10/12/17. After close of escow, still need to resolve Rolfe claim, and wait for Tursteee Richards to file TFR in Dian McCray case to see the payment to mutual creditos. TFR may be filed by 06/30/18

06/28/17 Settlement agreement approved by court. In the process of listing the property of Shanws. Still need to pursue the Rolfe claim.

03//16/17 A draft setltement agreement with Shawn McCray is currently being circulated. Upon court approvement of the settlement I will begin selling the house. and collect other proceeds covered by the settlement. Additionally, I still have issues to resolve with secured creditors, which may be resolved by distributions from the relaled case of Diane MCray; a judgment against Thomas Rolfe to collect; and the business equpment that is subject to secured liens.

12/15/16 - I am proceeding with my adversary against Shawn McCray.

10/24/16 -
Adverary 16-20238 vs Shawn McCray- Debtor executed an Assignment of Claims Agreement with Taisei assigning both the Debtor's interest in it's claim again SJDCCD and it's compensation due from Taisei. Taisei paid Shawn $266,977 and was holding the remain balance due the Debtor, $36,525. Pursuant to a stipulation, the $36,525 is currently held in Shawn's attorney's trust account.. Discovery closes 01/13/17. Dispositive motions are to be filed by 01/20/17. Pretrial conference is 02/05/17.

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 15-23164-C-7 | | Trustee: | (007850) | SUSAN K. SMITH |
|---|---|---|---|---|---|
| Case Name: | Jf Mccray Plastering, Inc. | | Filed (f) or Converted (c): | 04/17/15 (f) | |
| | | | §341(a) Meeting Date: | 05/27/15 | |
| Period Ending: 12/11/19 | | | Claims Bar Date: | 10/13/15 | |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Rolfe Judgment - I am currently pursuing collection.

Business Equipment - I am currently investigating options to extract value from these assets due to the large and numerous lien claims.

Lien Claims - I am investigating the liens and resolving paid liens, and will need to negotioate with the remiang unpaid liens.

10/20/15- I am issueing subpoenas, sendiing demand letters for accounts receivable, and investigating bank record and secured claims.

| Initial Projected Date Of Final Report (TFR): | December 31, 2016 | Current Projected Date Of Final Report (TFR): | August 29, 2019  (Actual) |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 15-23164-C-7 | | **Trustee:** | SUSAN K. SMITH (007850) | | |
| **Case Name:** | Jf Mccray Plastering, Inc. | | **Bank Name:** | Mechanics Bank | | |
| | | | **Account:** | ******7966 - Checking Account | | |
| **Taxpayer ID #:** | **-***8900 | | **Blanket Bond:** | $5,000,000.00 (per case limit) | | |
| **Period Ending:** | 12/11/19 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/15/15 | {1} | First Northern Bank | turnover of funds | 1129-000 | 1,438.88 | | 1,438.88 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,428.88 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,418.88 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,408.88 |
| 10/27/15 | {2} | Broward Builders | A/R from Broward Builders | 1121-000 | 24,976.21 | | 26,385.09 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 26,375.09 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.67 | 26,338.42 |
| 12/22/15 | 101 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/22/2015 FOR CASE #15-23164-A-7, Bond #01648575 | 2300-000 | | 16.32 | 26,322.10 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.67 | 26,280.43 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.44 | 26,243.99 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.38 | 26,207.61 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.35 | 26,166.26 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.28 | 26,129.98 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.22 | 26,093.76 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.17 | 26,052.59 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.12 | 26,016.47 |
| 08/31/16 | {10} | NIF of CA | insurance premium refund | 1229-000 | 964.50 | | 26,980.97 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.04 | 26,939.93 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.59 | 26,901.34 |
| 10/21/16 | 102 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2016 FTB Tax | 2820-000 | | 800.00 | 26,101.34 |
| 10/21/16 | 103 | Franchise Tax Board/Special Procedures | 2015 FTB Tax | 2820-000 | | 822.00 | 25,279.34 |
| 10/21/16 | 104 | Franchise Tax Board/Special Procedures | 2014 FTB Tax | 2820-000 | | 1,052.00 | 24,227.34 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.18 | 24,190.16 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.82 | 24,152.34 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.64 | 24,117.70 |
| 01/12/17 | 105 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2017 FOR CASE #15-23164-A-7, Bond# 016048575 01/01/17 to 01/01/18 | 2300-000 | | 12.32 | 24,105.38 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.98 | 24,068.40 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.30 | 24,036.10 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.72 | 24,000.38 |

Subtotals :      $27,379.59      $3,379.21

{} Asset reference(s)                           Printed: 12/11/2019 11:48 AM     V.14.60

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 15-23164-C-7 |
| **Case Name:** | Jf Mccray Plastering, Inc. |
| **Taxpayer ID #:** | **-***8900 |
| **Period Ending:** | 12/11/19 |

| | |
|---|---|
| **Trustee:** | SUSAN K. SMITH (007850) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******7966 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.21 | 23,968.17 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.92 | 23,930.25 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.41 | 23,895.84 |
| 07/28/17 | {11} | Taisei Construction Corp | Turnover of Taisei funds | 1241-000 | 36,525.00 | | 60,420.84 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.22 | 60,387.62 |
| 08/17/17 | {11} | Richard Cohen Properties | Deposit for purchase of 7240 Blue Springs | 1241-000 | 5,000.00 | | 65,387.62 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.39 | 65,292.23 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.78 | 65,201.45 |
| 10/01/17 | 106 | Franchise Tax Board/Special Procedures | 2017 FTB Tax | 2820-000 | | 800.00 | 64,401.45 |
| 10/01/17 | 107 | Franchise Tax Board/Special Procedures | 2016 FTB balance due | 2820-000 | | 51.07 | 64,350.38 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.01 | 64,251.37 |
| 11/01/17 | | Placer Title | | | 253,176.33 | | 317,427.70 |
| | {11} | | Sales price of real property    332,000.00 | 1241-000 | | | 317,427.70 |
| | {11} | | credit in lieu of repair and roof repair    -2,500.00 | 1241-000 | | | 317,427.70 |
| | {11} | | credit for deposit paid outside of escrow    -5,000.00 | 1241-000 | | | 317,427.70 |
| | {11} | | Credit for clean energy added to tax bill    -1,968.05 | 1241-000 | | | 317,427.70 |
| | {11} | | credit to estate for tax proration    647.47 | 1241-000 | | | 317,427.70 |
| | | Placer Title | real property taxes    -12,368.21 | 4700-000 | | | 317,427.70 |
| | | Placer Title | real estate commissions    -19,920.00 | 3510-000 | | | 317,427.70 |
| | | Placer Title | title charges    -1,750.50 | 2500-000 | | | 317,427.70 |
| | | Placer Title | government recording and transfer charges    -464.20 | 2500-000 | | | 317,427.70 |
| | | Placer Tile | additional settlement charges-hazard disclosure report    -99.00 | 2500-000 | | | 317,427.70 |
| | | Zions Bank-Clean Energy | payoff for clean energy to Zions Bank    -35,401.18 | 4110-000 | | | 317,427.70 |
| 11/15/17 | | To Account #******7967 | transfer to account per court order-until resolve dispute with creditor | 9999-000 | | 258,176.33 | 59,251.37 |
| 01/08/18 | 108 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2018 FOR CASE | 2300-000 | | 98.47 | 59,152.90 |

Subtotals :     $294,701.33     $259,548.81

{} Asset reference(s)                  Printed: 12/11/2019 11:48 AM    V.14.60

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 15-23164-C-7 | | **Trustee:** | SUSAN K. SMITH (007850) | | |
| **Case Name:** | Jf Mccray Plastering, Inc. | | **Bank Name:** | Mechanics Bank | | |
| | | | **Account:** | ******7966 - Checking Account | | |
| **Taxpayer ID #:** | **-***8900 | | **Blanket Bond:** | $5,000,000.00 (per case limit) | | |
| **Period Ending:** | 12/11/19 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #15-23164-A-7, Bond Payment - Bond #016048575 | | | | |
| 09/03/18 | 109 | Carpenters Trust Funds | settlement payment DNL-11 | 4220-000 | | 27,000.00 | 32,152.90 |
| 09/27/18 | 110 | Franchise Tax Board/Special Procedures | 2018 100-ES Tax | 2820-000 | | 800.00 | 31,352.90 |
| 11/26/18 | | From Account #******7967 | transfer to checking | 9999-000 | 253,071.17 | | 284,424.07 |
| 11/26/18 | 111 | US Department of Justice | Bankruptcy Estate of JF McCray Plastering Inc., EIN 94-2168900 | 4300-000 | | 20,000.00 | 264,424.07 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.94 | 264,185.13 |
| 01/14/19 | 112 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/14/2019 FOR CASE #15-23164-A-7, Bond Number 016048575 | 2300-000 | | 61.85 | 264,123.28 |
| 09/21/19 | {10} | FTC V Midway Industries Refund Admin | FTC refund | 1229-000 | 132.56 | | 264,255.84 |
| 11/03/19 | 113 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2019 tax | 2820-000 | | 800.00 | 263,455.84 |
| 11/03/19 | 114 | Desmond, Nolan, Livaich & Cunningham | attorney fee | 3210-000 | | 88,638.50 | 174,817.34 |
| 11/03/19 | 115 | Desmond, Nolan, Livaich & Cunningham | attorney expenses | 3220-000 | | 3,468.40 | 171,348.94 |
| 11/03/19 | 116 | Gonzales & Sisto, LLP | CPA fees | 3410-000 | | 8,962.00 | 162,386.94 |
| 11/03/19 | 117 | Gonzales & Sisto, LLP | CPA expenses | 3420-000 | | 34.25 | 162,352.69 |
| 11/03/19 | 118 | SUSAN K. SMITH | Trustee fees | 2100-000 | | 22,854.20 | 139,498.49 |
| 11/03/19 | 119 | SUSAN K. SMITH | Trustee fees | 2200-000 | | 971.61 | 138,526.88 |
| 11/03/19 | 120 | Shawn McCray | Dividend paid 100.00% on $64,505.60; Claim# SHAWN; Filed: $64,505.60; Reference: : Jf Mccray Plastering, Inc. | 8500-002 | | 64,505.60 | 74,021.28 |
| 11/03/19 | 121 | Internal Revenue Service | Dividend paid 6.84% on $905,811.06; Claim# 1-3P; Filed: $905,811.06; Reference: : Jf Mccray Plastering, Inc. | 5800-000 | | 61,988.96 | 12,032.32 |
| 11/03/19 | 122 | Employment Development Department | Dividend paid 6.84% on $164,505.37; Claim# 4-2P; Filed: $164,505.37; Reference: : Jf Mccray Plastering, Inc. | 5800-000 | | 11,257.88 | 774.44 |
| 11/03/19 | 123 | FRANCHISE TAX BOARD | Dividend paid 6.84% on $836.22; Claim# 11-2P; Filed: $836.22; Reference: : Jf Mccray Plastering, Inc. | 5800-000 | | 57.23 | 717.21 |
| 11/03/19 | 124 | Yolo County Depart of Financial Services | Dividend paid 6.84% on $10,480.22; Claim# 22-2P; Filed: $10,480.22; Reference: : Jf Mccray Plastering, Inc. | 5800-000 | | 717.21 | 0.00 |

Subtotals :    $253,203.73    $312,356.63

{} Asset reference(s)      Printed: 12/11/2019 11:48 AM    V.14.60

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-23164-C-7 | |
| **Case Name:** Jf Mccray Plastering, Inc. | |
| **Taxpayer ID #:** **-***8900 | |
| **Period Ending:** 12/11/19 | |

| | |
|---|---|
| **Trustee:** | SUSAN K. SMITH (007850) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******7966 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 575,284.65 | 575,284.65 | $0.00 |
| | | | Less: Bank Transfers | | 253,071.17 | 258,176.33 | |
| | | | **Subtotal** | | **322,213.48** | **317,108.32** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$322,213.48** | **$317,108.32** | |

{} Asset reference(s)

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
**Case Number:** 15-23164-C-7    **Trustee:** SUSAN K. SMITH (007850)

**Case Name:** Jf Mccray Plastering, Inc.    **Bank Name:** Mechanics Bank

**Account:** ******7967 - Checking- Net Sale Procee

**Taxpayer ID #:** **-***8900    **Blanket Bond:** $5,000,000.00  (per case limit)

**Period Ending:** 12/11/19    **Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/17 | | From Account #******7966 | transfer to account per court order-until resolve dispute with creditor | 9999-000 | 258,176.33 | | 258,176.33 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 444.43 | 257,731.90 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 440.73 | 257,291.17 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 500.75 | 256,790.42 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 424.14 | 256,366.28 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 453.82 | 255,912.46 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 438.06 | 255,474.40 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 497.84 | 254,976.56 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 436.76 | 254,539.80 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 481.28 | 254,058.52 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 465.52 | 253,593.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.91 | 253,353.09 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 281.92 | 253,071.17 |
| 11/26/18 | | To Account #******7966 | transfer to checking | 9999-000 | | 253,071.17 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 258,176.33 | 258,176.33 | $0.00 |
| Less: Bank Transfers | 258,176.33 | 253,071.17 | |
| **Subtotal** | 0.00 | 5,105.16 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $5,105.16 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7966** | 322,213.48 | 317,108.32 | 0.00 |
| **Checking # ******7967** | 0.00 | 5,105.16 | 0.00 |
| | $322,213.48 | $322,213.48 | $0.00 |

{} Asset reference(s)

Printed: 12/11/2019 11:48 AM   V.14.60